UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEAN APELACION | * | CIVIL ACTION 18-5941 |
| | * | |
| VERSUS | * | SECTION "MVL-JCW" |
| | * | |
| WAL-MART STORES, INC. | * | |
| AND WAL-MART LOUISIANA, LLC | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION & ORDER TO DISMISS WITH PREJUDICE

**ON MOTION** of defendant, WAL-MART LOUISIANA, LLC, and plaintiff, JEAN APELACAION, appearing herein through undersigned counsel of record, and on suggesting to the Court that this cause has been compromised and settled and therefore they desire to dismiss this suit, with prejudice, each party to bear its own costs; and

**IT IS ORDERED** that the above entitled-and-numbered cause and the same is hereby dismissed with prejudice each party to bear its own costs.

New Orleans, Louisiana, this __5th__ day of __April__, 2019.

_____
United States District Judge

LARUE HAIGLER, ESQ. (#33168)
3801 Canal Street Suite 211
New Orleans, La. 70119
Telephone: (504) 343-6781
Fax No.: (504) 482-2288
*ATTORNEY FOR PLAINTIFF*

ROY C. BEARD, ESQ. (#17461)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL & WELCH, LLC
909 Poydras Street, Suite 1000
New Orleans, LA 70112
Telephone: (504) 831-0946
Fax No.: (800) 977-8810
*ATTORNEY FOR DEFENDANT*